

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00402-CV

| | | |
|---|---|---|
| Roderick Lydell Bonner | § | From the 342nd District Court |
| | § | of Tarrant County (342-237971-09) |
| v. | § | January 18, 2018 |
| Tarrant County, Texas | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellee Tarrant County, Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
     Justice Mark T. Pittman